454 A.2d 172

Commonwealth v. Haegle, Appellant.

Submitted

April 21, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgments of sentence are affirmed.